**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| **IN RE:** | ) |
| | ) |
| **HEATH F. HUWE JR.** | ) |
| **AND** | ) |
| **BREEANA M. HUWE** | ) |
| | ) |
| **DEBTOR(S)** | **) CASE # 23-41797-can-13** |

**TRUSTEE'S OBJECTION TO ENTRY OF CHAPTER 13 DISCHARGE UNDER
11 U.S.C. §1328(f)**

COMES now Richard V. Fink, Chapter 13 Trustee, and files this Objection to Entry of Chapter 13 Discharge under 11 U.S.C. §1328(f) and in support thereof states:

1. On December 27, 2023, Heath F. Huwe Jr. and Breeana M. Huwe ("debtors") filed for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. Debtors received a discharge in prior bankruptcy case 20-40829-drd-7, which was filed in the Western District of Missouri on April 22, 2020 with a discharge date of July 16, 2020.

3. Debtors received a discharge in a case filed under chapter 7, 11 or 12 during the 4-year period preceding the date of the order for relief of the above-referenced case or received a discharge in a case filed under chapter 13 during the 2-year period preceding the date of the order for relief of the above-referenced case.

4. Debtors are not eligible to receive a discharge pursuant to 11 U.S.C. §1328(f), even upon successful completion of a confirmed Chapter 13 plan.

5. Pursuant to Federal Rule of Bankruptcy Procedure 4004(a) a motion objecting to a debtors' discharge under 11 U.S.C. §1328(f) must be filed within 60 days after the first date set for the meeting of creditors under §341(a).

6. The date first set for the meeting of creditors is January 23, 2024; therefore, this objection is timely filed.

7. The trustee requests that the court enter an order granting this Objection to Entry of Chapter 13 Discharge Under 11 U.S.C. §1328(f) and find that debtors are ineligible to receive a discharge pursuant to 11 U.S.C. §1328(f), and such other relief as may be just and equitable.

Based on the foregoing, the Trustee files this Objection to Entry of Chapter 13 Discharge under 11 U.S.C. §1328(f).

Respectfully submitted,

/s/ Richard V. Fink, Trustee
Richard V. Fink, Trustee
2345 Grand Blvd., Ste. 1200
Kansas City, Mo. 64108

## NOTICE OF MOTION

**Any response to the** Objection to Entry of Chapter 13 Discharge Under 11 U.S.C. §1328(f) **must be filed within twenty-one (21) days of the date of this notice (subject to an extension pursuant to Federal Rule of Bankruptcy Procedure 9006) with the Clerk of the United States Bankruptcy Court.** Documents can be filed electronically at http://ecf.mowb.uscourts.gov. A copy of such response shall be served electronically by the Court on the Chapter 13 Trustee and all other parties to the case who have registered for electronic filing. If debtor's counsel is not registered for electronic filing, you must serve the response by mail. If a response is timely filed, the Court will either rule the matter based on the pleadings, or set the matter for a hearing. If a hearing is to be held, notice of such hearing will be sent to all parties in interest. **If no response is filed within twenty-one (21) days (subject to an extension pursuant to Federal Rule of Bankruptcy Procedure 9006), the Court will enter an Order granting the** Objection to Entry of Chapter 13 Discharge Under 11 U.S.C. §1328(f)**.** For information about electronic filing, go to http://www.mow.uscourts.gov. If you have any questions about this document, contact your attorney.

## NOTICE OF SERVICE

The following parties will be served either electronically or by United States first class mail and a certificate of service will be filed thereafter:

Debtor(s)
Wagoner Bankruptcy Group, attorney for debtor(s) (206)
All creditors

/s/ Richard V. Fink, Trustee