# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: HEATH F HUWE JR                                          CASE NUMBER: 2341797
DEBTOR 2 NAME: BREEANA M HUWE

I ___Robert J Wallace, Jr.___ certify under penalty of perjury that I have served the attached document on the below
listed entities in the manner shown on ___1/16/2024___ :

Via U.S. First Class Mail, or electronic service, if such interested party is an electronic filing user,
pursuant to Local Rule 2002-1, Fed. R. Bankr. P. 2002 and other applicable law.

ADS/COMENITY/ZALES,PO BOX182120,COLUMBUS OH 43218
AFFIRM INC,650 CALIFORNIA ST FL 12,SAN FRANCISCO CA 94108
AFTERPAY,PO BOX 328,SAN FRANCISCO CA 94104
BREEANA M HUWE,41003 OAK AVE #3,RICHMOND MO 64085
CAPITAL ONE AUTO FINANCE A DIVISION OF CAPI,4515 N SANTA FE AVE DEPT APS,OKLAHOMA CITY OK 73118
CAPITAL ONE AUTO FINANCE A DIVISION OF,AIS PORTFOLIO SERVICES LLC,4515 N SANTA FE AVE DEPT APS,OKLAHOMA CITY OK 73118
CAPITAL ONE AUTO FINANCE,PO BOX 260848,PLANO TX 75026
CAPITAL ONE NA,BY AMERICAN INFOSOURCE AS AGENT,PO BOX 71083,CHARLOTTE NC 28272-1083
CAPITAL ONE,PO BOX 31293,SALT LAKE CITY UT 84131
CASH 1,725 COVEY LANE STE 170,PHOENIX AZ 85024
CHASE BANK,800 BROOKSEDGE BLVD,WESTERVILLE OH 43081
COMENITYBANK/HELZBERG,PO BOX 182789,COLUMBUS OH 43218
CREDIT FIRST NA/ FIRESTONE,PO BOX 81083,CLEVELAND OH 44181
CREDIT FRESH LOANS,200 CONTINTENTAL DR STE 401,NEWARK DE 19713
CREDIT NINJA,222 SOUTH RIVERSIDE PLAZA SUITE 2200,CHICAGO IL 60606
CREDIT ONE BANK,PO BOX 60500,CITY OF INSUTRY CA 91719
DAVE,1265 S COCHRAN AVE,LOS ANGELES CA 90019
EARNIN APP,6281 TRI BLVD,LOVELAND OH 45140
EMPOWER,8515 E ORCHARD ROAD,ENGLEWOOD CO 80111
FETTI/FINGERHUT/WEBBANK,13300 PIONEER TRL,EDEN PRAIRIE MN 55347
GEICO,ONE GEICO PLAZA,BETHESDA MD 20810-0001
GREEN ARROW LOANS,POB 170,FINLEY CA 95435
GUY JULIEN,403 WEST LEXINGTON RICHMOND,RICHMOND MO 64085
HEATH F HUWE JR,41003 OAK AVE #3,RICHMOND MO 64085
JANET KERIN,11096 VALLEY DRIVE,RICHMOND MO 64085
KLARNA,PO BOX 206487,DALLAS TX 75320-6487
MEDIACOM,POBOX 5744,CAROL STREAM IL 60197
MEET CLEO,CLEO AI INC,NEW YORK NY 10001
MONEY KEY,3422 OLD CAPITAL TRAIL,SUITE 1613,WILMINGTON DE 19805
MONEY LION,PO BOX 1547,SANDY UT 84091
OPENSKY CAPITAL BANK,ONE CHURCH STREET,ROCKVILLE MD 20850
OPORTUN/PROGRESO FINANCI,3201 DALLAS PKWY STE 700,FRISCO TX 75034
OPPLOANS,ONE PRUDENTIAL PLAZA,130 EAST RANDOLPH STREET #1650,CHICAGO IL 60601
PROGRESSIVE LEASING,256 W DATA DRIVE,DRAPER UT 84020
QUADPAY,228 PARK AVE S,NEW YORK NY 10003
RYAN MICHAEL GRAHAM,WM LAW,15095 WEST 116TH STREET,OLATHE KS 66062
SEZZLE INC,251 1ST AVE N,SUITE 200,MINNEAPOLIS MN 55401
UPROVA,635 E HWY 20 V,UPPER LAKE CA 95485
ZALES,PO BOX 9025,DES MOINES IA 50368

By Electronic Transmittal :
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information
and belief.

Date : ___1/16/2024___                    Signature : _____

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| IN RE: | ) |
| | ) |
| **HEATH F. HUWE JR.** | ) |
| **AND** | ) |
| **BREEANA M. HUWE** | ) |
| | ) |
| DEBTOR(S) | ) CASE # 23-41797-can-13 |

**TRUSTEE'S OBJECTION TO ENTRY OF CHAPTER 13 DISCHARGE UNDER**
**11 U.S.C. §1328(f)**

COMES now Richard V. Fink, Chapter 13 Trustee, and files this Objection to Entry of Chapter 13 Discharge under 11 U.S.C. §1328(f) and in support thereof states:

1. On December 27, 2023, Heath F. Huwe Jr. and Breeana M. Huwe ("debtors") filed for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. Debtors received a discharge in prior bankruptcy case 20-40829-drd-7, which was filed in the Western District of Missouri on April 22, 2020 with a discharge date of July 16, 2020.

3. Debtors received a discharge in a case filed under chapter 7, 11 or 12 during the 4-year period preceding the date of the order for relief of the above-referenced case or received a discharge in a case filed under chapter 13 during the 2-year period preceding the date of the order for relief of the above-referenced case.

4. Debtors are not eligible to receive a discharge pursuant to 11 U.S.C. §1328(f), even upon successful completion of a confirmed Chapter 13 plan.

5. Pursuant to Federal Rule of Bankruptcy Procedure 4004(a) a motion objecting to a debtors' discharge under 11 U.S.C. §1328(f) must be filed within 60 days after the first date set for the meeting of creditors under §341(a).

6. The date first set for the meeting of creditors is January 23, 2024; therefore, this objection is timely filed.

7. The trustee requests that the court enter an order granting this Objection to Entry of Chapter 13 Discharge Under 11 U.S.C. §1328(f) and find that debtors are ineligible to receive a discharge pursuant to 11 U.S.C. §1328(f), and such other relief as may be just and equitable.

Based on the foregoing, the Trustee files this Objection to Entry of Chapter 13 Discharge under 11 U.S.C. §1328(f).

Respectfully submitted,

/s/ Richard V. Fink, Trustee
Richard V. Fink, Trustee
2345 Grand Blvd., Ste. 1200
Kansas City, Mo. 64108

**NOTICE OF MOTION**

**Any response to the** Objection to Entry of Chapter 13 Discharge Under 11 U.S.C. §1328(f) **must be filed within twenty-one (21) days of the date of this notice (subject to an extension pursuant to Federal Rule of Bankruptcy Procedure 9006) with the Clerk of the United States Bankruptcy Court.** Documents can be filed electronically at http://ecf.mowb.uscourts.gov. A copy of such response shall be served electronically by the Court on the Chapter 13 Trustee and all other parties to the case who have registered for electronic filing. If debtor's counsel is not registered for electronic filing, you must serve the response by mail. If a response is timely filed, the Court will either rule the matter based on the pleadings, or set the matter for a hearing. If a hearing is to be held, notice of such hearing will be sent to all parties in interest. **If no response is filed within twenty-one (21) days (subject to an extension pursuant to Federal Rule of Bankruptcy Procedure 9006), the Court will enter an Order granting the** Objection to Entry of Chapter 13 Discharge Under 11 U.S.C. §1328(f)**.** For information about electronic filing, go to http://www.mow.uscourts.gov. If you have any questions about this document, contact your attorney.

NOTICE OF SERVICE

The following parties will be served either electronically or by United States first class mail and a certificate of service will be filed thereafter:

Debtor(s)
Wagoner Bankruptcy Group, attorney for debtor(s) (206)
All creditors

/s/ Richard V. Fink, Trustee